**Case Nos. 23-2081, 23-2302, 23-2377**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

**CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC,**

Petitioner - Cross-Respondent

v.

**NATIONAL LABOR RELATIONS BOARD,**

Respondent - Cross-Petitioner

v.

**INTERNATIONAL BROTHERHOOD OF TEAMSTERS,**

Petitioner-Intervenor

_____

**CONSENT MOTION TO EXCEED THE TYPE-VOLUME LIMIT FOR PETITIONER'S OPENING BRIEF**

Pursuant to FRAP 27, and Ninth Circuit Rules 27 and 32-2, Petitioner/Cross-Respondent CEMEX Construction Materials Pacific, LLC ("CEMEX" or "Petitioner") hereby moves with the consent of all parties to exceed the Court's type-volume limit of 14,000 words. As further explained below, CEMEX requests permission to file an opening brief containing 15,000 words, due to the extraordinary length and complexity of the record and the multiple agency decision(s) being appealed from. In accordance with Circuit Rule 32-2, this motion is accompanied by a declaration stating in detail the reasons for the motion, as well as a single copy of

the proposed brief and a Form 8 certification as to the word count. As grounds for this motion, further detailed in the attached declaration, Petitioner states as follows:

1. CEMEX is presently scheduled to file its opening, principal brief on February 2, 2024. Per Circuit Rule 32-1, such opening brief is limited to 14,000 words. As set forth in the attached declaration, CEMEX counsel has diligently attempted to address all of the issues and adverse findings of the National Labor Relations Board (the "Board"), but counsel is unable to do so within the 14,000 words permitted by the Circuit Rule.

2. The record in this case is unusually long, encompassing 28 unfair labor practice findings by the National Labor Relations Board ("Board"), numerous objections to a Union election, lengthy briefs to the Board filed by all parties, and an unusually lengthy decision by the Board, setting aside a union election and issuing a bargaining order, overruling the equally long decision by the ALJ.

3. Most extraordinarily of all, the Board chose in this case to adopt an entirely new and unprecedented standard to govern all union organizing elections and bargaining orders, and retroactively applied the new standard in this case. The Board denied Petitioner's motion for reconsideration of the new standard, which is also the subject of this appeal. In effect, the Board Decision and the Board's denial of reconsideration have combined two separate rulings into one case; and both holdings must now be addressed by the parties in a single brief.

4. CEMEX's brief also raises two new constitutional grounds challenging the Board's Decision, arising from similar recent cases now pending in the U.S. Supreme Court and the Court of Appeals for the Fifth Circuit. These important constitutional arguments require additional words to properly address them in the opening brief.

5. Counsel for CEMEX have made diligent efforts to compress their brief as much as possible while still addressing the very large number of substantive issues presented by the unusually lengthy record and the Board's multiple decisions. Despite such efforts, counsel do not believe the arguments can be made within the 14,000-word limit, and are submitting together with this motion, their proposed brief containing just under 15,000 words.

6. As noted above, counsel for the Board and the Union have both consented to Petitioner's request to exceed the word count. CEMEX likewise consents to extending the word count for the principal briefs of the opposing parties if they so request.

7. As required by Circuit Rule 32-2, a single copy of the Petitioner's proposed brief is attached to this motion and a Form 8 certification as to the word count is being submitted.

Respectfully submitted,

| | |
|---|---|
| Ross M. Gardner | */s/Maurice Baskin* |
| Alan M. Bayless Feldman | Maurice Baskin |
| Ross.gardner@jacksonlewis.com | mbaskin@littler.com |
| Alan.feldman@jacksonlewis.com | LITTLER MENDELSON, P.C. |
| JACKSON LEWIS, P.C. | 815 Connecticut Ave., N.W., Suite 400 |
| 10050 Regency Circle, Suite 400 | Washington, DC 20006 |
| Omaha, Nebraska 68114 | Telephone: 202.842.3400 |
| Telephone: 402.391.1991 | |
| Facsimile: 402.391.7363 | John Harper III |
| | ajharper@littler.com |
| *Attorneys for Petitioner/Cross-Respondent CEMEX Construction Materials Pacific, LLC* | LITTLER MENDELSON, P.C. |
| | 1301 McKinney St., Suite 1900 |
| | Houston, Texas 77010 |
| | Telephone: 713.951.9400 |

## CERTIFICATE OF COMPLIANCE

Pursuant to FRAP 27 and Ninth Circuit Rule 27-1, I certify that this motion has a typeface of 14 points, and contains 533 words, based upon the word count of the word processing system used to prepare this motion.

*/s/Maurice Baskin*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion with the Clerk using the appellate CM/ECF system on Feb. 1, 2024. I certify that all participants in the case are registered CM/ECF users.

Dated this 1st day of February, 2024.

*/s/Maurice Baskin*