UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC | ) | |
|     Petitioner/Cross-Respondent | ) | Case Nos. |
| | ) | 23-2081 |
| and | ) | 23-2302 |
| | ) | 23-2377 |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ) | |
|     Petitioner | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL LABOR RELATIONS BOARD | ) | |
|     Respondent/Cross-Petitioner | ) | |
| | ) | |
| and | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ) | |
|     Intervenor | ) | |

**UNOPPOSED MOTION TO FILE OVERSIZED BRIEF
ON BEHALF OF THE NATIONAL LABOR RELATIONS BOARD**

To the Honorable, the Judges of the United States
Court of Appeals for the Ninth Circuit:

    The National Labor Relations Board ("the Board"), by its Deputy Associate General Counsel, respectfully moves for leave to exceed the applicable type-volume limits for its combined answering brief. The Board requests a revised limit of 16,000 words. In support of its unopposed motion, the Board shows as follows:

    1. On August 25, 2023, the Board issued a Decision and Order against Cemex Construction Materials Pacific, LLC ("Cemex"), reported at 372 NLRB No. 130. On November 13, 2023, the Board issued an order denying a motion for

reconsideration filed by Cemex. International Brotherhood of Teamsters ("the Union") and Cemex both filed petitions for review challenging the Board's Order. The Board filed a cross-application for enforcement against Cemex, and the Union intervened in support of the Board. The Court granted an unopposed motion to consolidate the three cases for briefing.

      2. In light of the number and significance of the issues presented in this case and the size of the administrative record, the Board, Cemex, and the Union agreed prior to briefing that requesting 16,000-word principal briefs would be reasonable.

      3. On February 2, 2024, the Union filed its opening brief. On February 8, the Court granted Cemex's unopposed motion to file an oversized opening brief not exceeding 15,000 words. Cemex filed a 14,952-word opening brief.

      4. On February 9, 2024, Amici Associated Builders and Contracts, et al., and Amicus Tami Kecherson filed amicus briefs challenging the Board's decision and expanding upon Cemex's arguments.

      5. The Board's combined answering brief is currently due April 22, 2024. Pursuant to Circuit Rule 32-2(b), the Board ordinarily would be entitled to 15,400 words for its brief, insofar as it is answering separate briefs filed by Cemex and the Union challenging the underlying decision from opposite directions.

      6. In light of the oversized opening brief filed by Cemex and the other extraordinary features of this case, as outlined in the attached declaration, the

Board respectfully requests a limit of 16,000 words for its combined answering brief. Board counsel have diligently sought to limit the size of the brief.

7. The Board has consulted counsel for Cemex and counsel for the Union, and neither party opposes the Board's request.

8. Pursuant to Circuit Rule 32-2(a), a copy of the Board's proposed brief is being submitted concurrently with this motion. The Board's proposed brief contains 15,981 words.

WHEREFORE, the Board respectfully requests that the Court grant its unopposed motion to file an oversized answering brief not to exceed 16,000 words, and that the Court accept for filing the proposed brief submitted concurrently with this motion.

Respectfully submitted,

/s/ Ruth E. Burdick
Ruth E. Burdick
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street, S.E.
Washington, D.C. 20570
(202) 273-2960

Dated at Washington, D.C.,
this 22nd day of April, 2024

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC | ) | |
|     Petitioner/Cross-Respondent | ) Nos. | 23-2303 |
| v. | ) | 23-2377 |
| | ) | |
| NATIONAL LABOR RELATIONS BOARD | ) | |
|     Respondent/Cross-Petitioner | ) | |
| and | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ) | |
|     Intervenor | ) | |

---

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ) | |
|     Petitioner | ) No. | 23-2081 |
| v. | ) | |
| | ) | |
| NATIONAL LABOR RELATIONS BOARD | ) | |
|     Respondent | ) | |

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), the Board certifies that its unopposed motion contains 427 words of proportionally spaced, 14-point type, and that the word-processing system used was Microsoft Word 365.

    Respectfully submitted,

    /s/ Ruth E. Burdick
    Ruth E. Burdick
    Deputy Associate General Counsel
    National Labor Relations Board
    1015 Half Street, S.E.

Dated at Washington, D.C.     Washington, D.C. 20570
this 22nd day of April, 2024     (202) 273-2960

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC ) | |
|       Petitioner/Cross-Respondent ) | Nos. 23-2303 |
| v. ) |    23-2377 |
| ) | |
| NATIONAL LABOR RELATIONS BOARD ) | |
|       Respondent/Cross-Petitioner ) | |
| and ) | |
| ) | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS ) | |
|       Intervenor ) | |
| ------------------------------------------------------------------------- | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS ) | |
|       Petitioner ) | No. 23-2081 |
| v. ) | |
| ) | |
| NATIONAL LABOR RELATIONS BOARD ) | |
|       Respondent ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2024, I electronically filed the foregoing document with the Clerk for the United States Court of Appeals for the Ninth Circuit by using the ACMS system. I certify that the document will be served via ACMS on all parties or their counsel of record.

                Respectfully submitted,

                /s/ Ruth E. Burdick
                Ruth E. Burdick
                Deputy Associate General Counsel
                National Labor Relations Board
                1015 Half Street, S.E.

Dated at Washington, D.C.    Washington, D.C. 20570
 this 22nd day of April, 2024   (202) 273-2960

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC | ) | |
|     Petitioner/Cross-Respondent | ) Nos. | 23-2303 |
| v. | ) | 23-2377 |
| | ) | |
| NATIONAL LABOR RELATIONS BOARD | ) | |
|     Respondent/Cross-Petitioner | ) | |
| and | ) | |
| | ) | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ) | |
|     Intervenor | ) | |

---

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ) | |
|     Petitioner | ) No. | 23-2081 |
| v. | ) | |
| | ) | |
| NATIONAL LABOR RELATIONS BOARD | ) | |
|     Respondent | ) | |

**DECLARATION IN SUPPORT OF MOTION**

In support of the Board's motion for leave to file an oversized brief, I hereby swear as follows:

1. I was the attorney with primary responsibility for drafting the Board's combined answering brief in this case.

2. The Board proceedings in this case were unusually complex. The evidentiary hearing lasted 24 days across four months. The record is unusually large and comprises thousands of pages of hearing transcript and exhibits.

3. The Board's Decision and Order, which runs 120 pages as reported at 372 NLRB No. 130, is unusually complex. The Board found 31 unfair labor practices—in addition to other objectional conduct by Cemex—and considered but dismissed numerous other allegations of unlawful or objectionable conduct. The Board overruled precedent and announced a new legal framework governing a critical area of federal labor law, set aside the results of a representation election, and issued a remedial bargaining order under two separate rationales. In denying a

motion for reconsideration filed by Cemex, the Board issued a further 6-page order, reported at 372 NLRB No. 157.

  4. On review, Cemex and the Union are challenging the Board's decision from opposite directions. Cemex filed an oversized brief that nominally challenges nearly all of the Board's unfair-labor-practice findings, challenges the Board's new legal framework and the remedial bargaining order on procedural and substantive grounds, and raises sweeping constitutional attacks on the Board's authority based on another provision in the Board's order. Cemex also raises a new constitutional attack on the Board's administrative law judges. Cemex is supported by two amicus briefs challenging the Board's new legal framework. Meanwhile, the Union's opening brief challenges the Board's failure to find additional violations or to order additional remedies.

  5. In drafting the Board's combined answering brief, Board counsel were cognizant that this Court disfavors oversized briefs. Board counsel endeavored to limit the size of the brief and to eliminate unnecessary content, while still ensuring that the brief will aid the Court in addressing the large number of issues raised by the parties in their opening briefs.

  6. Having diligently sought to limit the size of the Board's brief, Board counsel submit that a revised limit of 16,000 words is necessary to ensure that all of the issues before the Court are properly briefed.

            Respectfully submitted,

            /s/ Eric Weitz
            Eric Weitz
            Attorney
            National Labor Relations Board
            1015 Half Street, S.E.

Dated at Washington, D.C.    Washington, D.C. 20570
this 22nd day of April, 2024    (202) 273-3757