UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 28 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, <br><br> Petitioner, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, <br><br> Respondent. | No. 23-2081 <br><br> NLRB Nos. <br> 28-CA-230115 <br> 28-CA-235666 <br> 28-CA-249413 <br> 31-CA-237882 <br> 31-CA-237894 <br> 31-CA-238094 <br> 31-CA-238239 <br> 31-CA-238240 <br> 28-RC-232059 <br><br> ORDER |
| CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC, <br><br> Petitioner, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, <br><br> Respondent, <br><br> ---------------------------------------- <br><br> INTERNATIONAL BROTHERHOOD OF TEAMSTERS, <br><br> Intervenor. | No. 23-2302 <br> NLRB Nos. <br> 28–CA–235666 <br> 28–CA–249413 <br> 31–CA–237882 <br> 31–CA–237894 <br> 31–CA–238094 <br> 31–CA–238239 <br> 31–CA–238240 <br> 28–RC– 232059 |

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>        Petitioner,<br><br>  v.<br><br>CEMEX CONSTRUCTION MATERIALS PACIFIC, LLC,<br><br>        Respondent,<br><br>-----------------------------------------<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>        Intervenor. | No. 23-2377<br>NLRB Nos.<br>28-CA-235666<br>28-CA-249413<br>31-CA-237882<br>31-CA-237894<br>31-CA-238094<br>31-CA-238239<br>31-CA-238240<br>28-RC-232059 |

Before: CLIFTON, SUNG, and SANCHEZ, Circuit Judges.

Submission of these cases are withdrawn. Decisions on these cases are deferred pending issuance of the mandate in *Macy's Inc. v. National Labor Relations Board*, No. 23-150.