# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 21, 2026

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

Re: CEMEX Construction Materials Pacific, LLC
v. National Labor Relations Board, et al.
No. 26-225
(Your No. 23-2081, 23-2302, 23-2377)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 18, 2026 and placed on the docket August 21, 2026 as No. 26-225.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst